UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOREL JUVENILE GROUP, INC., Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1295-DFH-TAB |
| LOIS DIMARTINIS, Defendant. | ) | |

ORDER ON EXPEDITED DISCOVERY

Plaintiff's motion for expedited discovery is hereby GRANTED to the extent that the parties may serve discovery requests immediately, directed to one another and to non-parties, prior to any discovery conference under Rule 26(f) of the Federal Rules of Civil Procedure. Discovery requests directed to either party may demand a response within ten calendar days (or the first business day after the tenth day from service). This order may be modified, of course, with the agreement of the parties or upon motion.

So ordered.

Date: August 31, 2006

David F. Hamilton

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Gregory Andrew Duff
ICE MILLER LLP
gregory.duff@icemiller.com

John F. Prescott Jr
ICE MILLER LLP
john.prescott@icemiller.com

Michael A. Swift
ICE MILLER LLP
michael.swift@icemiller.com

Jay G. Taylor
ICE MILLER LLP
jay.taylor@icemiller.com

Nora Kersten Walsh
SCHIFF HARDIN LLP
nkerstenwalsh@schiffhardin.com

Lois Dimartinis
17 Bridlepath
Walpole, MA 02081