UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOREL JUVENILE GROUP, INC. | ) | |
| | ) | |
| v. | ) | C.A. No. MC 06-91/ML |
| | ) | |
| SUMMER INFANT, INC. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Dorel Juvenile Group, Inc. hereby moves that Charles H. R. Peters be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

DOREL JUVENILE GROUP, INC.

/s/ Mary Cavanagh Dunn
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopy: (401) 751-7542

Dated: October 2, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Illinois and of the following Federal District Court and/or Court of Appeals Bar(s): Northern District of Illinois, U.S. Supreme Court, U.S. Court of Appeals for the 7th Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed

circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Charles H. R. Peters
Charles H. R. Peters IL Bar #6194049
Schiff Hardin, lLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone: (312) 258-5500
Telecopy: (312) 258-5600

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Mary Cavanagh Dunn
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopy: (401) 751-7542

**ORDER**

This motion is hereby ______________________________.

______________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006, I caused a true and accurate copy of the foregoing **Motion for Admission Pro Hac Vice** to be served upon the following by complying with this Court's administrative procedures for electronic case filing:

Christopher J. O'Connor, Esq.
Poore & Rosenbaum, LLP
30 Exchange Terrace
Providence, R.I. 02903 (by Hand Delivery)

James G. Richmond
Abigail Clapp
GREENBURG TRAURIG, LLP
77 West Wacker Dr.
Ste. 2500
Chicago, IL 60601

J. Lee McNeely
MCNEELY, STEPHENSON, THOPY & HARROLD
30 East Washington St.
Ste. 400
Shelbyville, IN 46176

Laurie J. Hurtt
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

/s/ Mary Cavanagh Dunn, Esq.
Mary Cavanagh Dunn, Esq.