UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DOREL JUVENILE GROUP, INC. **APPEARANCE**

v. Case Number: 1:06-MC-0091-S-DLM

SUMMER INFANT, INC.

To the Clerk of this Court and all parties of record:

Enter our appearance as counsel in this case for:

Summer Infant, Inc. – In re: Subpoena issued to Summer Infant, Inc. in C.A. No. 1:06-CV-1295-DFH-TAB now pending in the U.S. District Court for the Southern District of Indiana

We certify that we are admitted to practice in this Court.

Date: October 4, 2006

/s/ William A. Poore
/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

CERTIFICATION

I hereby certify that on this 4th day of October, 2006, I mailed a true copy of the within, regular mail, postage prepaid to the following:

Mary Cavanagh Dunn, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

James G. Richmond, Esq.
Abigail A. Clapp, Esq.
Greenberg Traurig LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601

J. Lee McNeely, Esq.
McNeely Stephenson Thopy & Harrold
30 East Washington Street, Suite 400
P.O. Box 457
Shelbyville, TN 46176-1372

Charles H. R. Peters, Esq.
Nora Kersten Walsh, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

Jay Gordon Taylor, Esq.
Ice Miller LLP
One American Square
Suite 3100
Indianapolis, IN 46282

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq.