POORE & ROSENBAUM LLP

ATTORNEYS AT LAW

WILLIAM A. POORE
STEVEN ROSENBAUM*

NICHOLAS A. LAMBROS*
CHRISTOPHER J. O'CONNOR

*Also licensed in MA

Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02901-1117
Telephone (401) 831-2600
Fax (401) 831-2220

September 29, 2006

Charles H. R. Peters, Esq.
Nora Kersten Walsh, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

RE: Dorel Juvenile Group, Inc. v. Lois DiMartinis
United States District Court for the Southern District of Indiana
Civil Action No. 1:06-CV- 1295-DFH-TAB

Dear Counsel:

I have written to you on three separate occasions – September 18, September 22, and September 27- concerning the subpoena served on Summer Infant, Inc., by Dorel Juvenile Group, Inc., in the above-captioned matter. I have articulated Summer Infant's objections and position with respect to production of documents. In response, Dorel has not agreed to modify its requests, even though those requests obviously seek Summer Infant's proprietary and confidential information.

Nevertheless, and in a good faith attempt to expedite and fully cooperate with discovery in this matter, Summer Infant is producing the enclosed documents which may be responsive to the subpoena. With this production, Summer Infant re-states and maintains all prior objections to the subpoena. Further, Summer Infant does not with this production intend to waive, and is not waiving, and is expressly preserving, any and all rights to object to the subpoena, and any and all ancillary issues related to Summer Infant's involvement with the above litigation.

The enclosed documents include the newspaper advertisement that Summer Infant posted and to which Ms. DiMartinis responded, a confidentiality agreement, her employment "file" (you will note that I redacted her social security number), and various e-mail communications relating to her hiring and commencement of work.

Instead of forwarding by Fed Ex, as you requested, I have scanned the documents and am forwarding them to you electronically so that you receive them even sooner.

Please advise if you have any difficulty in opening any of the attachments or if you wish to discuss or have any questions.

Very truly yours,

Christopher J. O'Connor

Christopher J. O'Connor