UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOREL JUVENILE GROUP, INC.

v. Case Number: 1:06-MC-0091-S-DLM

SUMMER INFANT, INC.

**DEFENDANT'S EMERGENCY MOTION TO QUASH AND/OR MODIFY AND FOR A LIMITED SCOPE PROTECTIVE ORDER WITH RESPECT TO SUBPOENAS SERVED ON EMPLOYEES OF DEFENDANT SUMMER INFANT, INC.**

Now comes the Defendant Summer Infant, Inc. by and through its attorneys in the above-entitled matter and hereby moves, pursuant to Rule 45(c)(3)(A) of the Federal Rules of Civil Procedure, to quash the subpoenas served on the following individuals: (1) Jason Macari; (2) Steven Gibree; and (3) Georgi Peters, all of whom are employees of Summer Infant, Inc. who were served with subpoenas on Tuesday, October 5, 2006. The deposition are scheduled for October 9, 10, and 11, 2006 in Boston, Massachusetts. Summer Infant, Inc. respectfully requests that the subpoenas be quashed and/or modified to the extent that the subpoenas require the deponents to travel to Boston, Massachusetts. Summer Infant, Inc., respectfully requests that these depositions be conducted in a more convenient forum for the witnesses, which is Rhode Island, not Boston. All of three of these individuals work in Rhode Island, and Mr. Macari and Mr. Gibree reside in Rhode Island. Moreover, Dorel has retained local counsel whose offices are located at 30 Exchange Terrace, Providence, Rhode Island.

In addition, Defendant Summer Infant, Inc., respectfully moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a protective order limiting the scope of the depositions of Jason Macari, Steven Gibree and Georgi Peters. Summer Infant believes that counsel for the Plaintiff intends to inquire of these deponents about trade secrets and/or proprietary and confidential information. In the event that the deponents are required to testify pursuant to a limited scope

protective order, Summer Infant requests that the depositions take place in Providence, Rhode Island. In support of the instant motion, Defendant Summer Infant, Inc. relies upon the attached memorandum of law.

The parties will be before the court on Friday, October 6, 2006 at 2:00 p.m. on Plaintiff's Emergency Motion to Compel Production. Defendant Summer Infant, Inc. respectfully requests that its motion be heard in conjunction with Plaintiff's motion.

Respectfully submitted,
Summer Infant, Inc., by its attorneys,

Date: October 5, 2006

/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

## CERTIFICATION OF ATTORNEY

I Christopher J. O'Connor, Esq. hereby certify that pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, I made a good faith effort by conferring with the opposing counsel to resolve the issues raised by the attached motion. Specifically, counsel for Summer Infant, Inc. has raised the issue regarding the location and scope of these depositions with counsel for Plaintiff prior to service of the subpoenas; however, Plaintiff's counsel was unwilling to conduct the depositions in Providence or to agree to limit the scope of the depositions.

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq. (#5078)

CERTIFICATION

I hereby certify that on this 5th day of October, 2006, I mailed a true copy of the within, regular mail, postage prepaid to the following:

James G. Richmond, Esq.
Abigail A. Clapp, Esq.
Greenberg Traurig LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601

Charles H. R. Peters, Esq.
Nora Kersten Walsh, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

Mary Cavanagh Dunn, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

J. Lee McNeely, Esq.
McNeely Stephenson Thopy & Harrold
30 East Washington St., Ste. 400
P.O. Box 457
Shelbyville, TN 46176-1372

Jay Gordon Taylor, Esq.
Ice Miller LLP
One American Square
Suite 3100
Indianapolis, IN 46282

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq.