DEFENDANT'S EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DORELJUVENILE GROUP, INC., Plaintiff, v. LOIS DIMARTINIS, Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 1: 06-CV-1295-DFH-TAB |

**NOTICE OF DEPOSITION OF STEVEN GIBREE**

To: James G. Richmond
Abigail A. Clapp
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, Illinois 60601

Laurie J. Hurtt
Greenberg Traurig LLP
One International Place
Boston, Massachusetts 02110

J. Lee McNeely
McNeely, Stephenson, Thopy & Harrold
30 East Washington Street
Suite 400
Shelbyville, Indiana 46176

Christopher J. O'Connor
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, Rhode Island 02901

PLEASE TAKE NOTICE, that on Monday, October 9, 2006, beginning at 9:30 a.m., Plaintiff Dorel Juvenile Group, Inc., pursuant to the Federal Rules of Civil Procedure and the attached subpoena, will take the deposition of Steven Gibree before a notary public or some other officer authorized by law to administer oaths, at the offices of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111.

Dated: October 4, 2006

Respectfully submitted,

DOREL JUVENILE GROUP, INC.

By: [signature]
One of its attorneys

Charles H.R. Peters
Brenna M. Woodley
Nora Kersten Walsh
Lee Ann Rabe
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)

Jay Gordon Taylor
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, Indiana 46282-0200
(317) 236-2100 (telephone)
(317) 236-2219 (facsimile)

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DOREL JUVENILE GROUP, INC.,

V.

LOIS DiMARTINIS,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:06-CV-1295-DFH-TAB PENDING IN THE United States District Court for the Southern District of Indiana

TO: Steven Gibree
c/o Summer Infant, Inc.
582 Great Road
North Smithfield, Rhode Island 02896

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC One Financial Center, Boston, MA 02111 | October 9, 2006 at 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] /Attorney for Plaintiff | October 2, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nora Kersten Walsh, SCHIFF HARDIN LLP, 6600 Sears Tower, Chicago, IL 60606
Tel: 312-258-5500, Fax: 312-258-5600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

| | | |
|---|---|---|
| | **PROOF OF SERVICE** | |
| 10/3/06 | DATE | PLACE: 583 Central, N. Smithfield, RI |
| SERVED | | |

| | |
|---|---|
| Steven Gibree | In-Hand |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| Kyle Morrigan | Constable #6137 |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/3/06
DATE

[signature]
SIGNATURE OF SERVER

1875 Atwood Avenue
ADDRESS OF SERVER
Johnston, RI 02919

**CERTIFICATE OF SERVICE**

I, Nora Kersten Walsh, an attorney, hereby certify that I have caused the attached **Notice of Deposition of Steven Gibree** to be served upon the following counsel of record:

James G. Richmond
Abigail A. Clapp
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, Illinois 60601
(312) 456-8435 (facsimile)

J. Lee McNeely
McNeely, Stephenson, Thopy & Harrold
30 East Washington Street
Suite 400
Shelbyville, Indiana 46176
(317) 835-7777 (facsimile)

Laurie J. Hurtt
Greenberg Traurig LLP
One International Place
Boston, Massachusetts 02110
(617) 279-8443 (facsimile)

Christopher J. O'Connor
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, Rhode Island 02901
(401) 831-2220 (facsimile)

by facsimile and United States Mail, first class postage prepaid, this fourth day of October, 2006.

Nora Kersten Walsh

CHI2\ 1530232.1